# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE REAL, Individually and On behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNSON & JOHNSON CONSUMER COMPANIES, INC.,<br><br>Defendant. | Case No.: 2:15-cv-05025-SVW-JEM<br><br>Assigned to the Hon. Stephen V. Wilson<br><br>**ORDER OF DISMISSAL**<br><br>Complaint filed: July 2, 2015 |

Based upon the parties' Stipulation of Dismissal and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the within action is hereby dismissed with prejudice in accordance with the parties' stipulation of dismissal. Each party shall bear its own attorneys' fees, costs, and expenses. This case is CLOSED. Any pending motions are DENIED AS MOOT.

Dated: April 26, 2017

**STEPHEN V. WILSON**
**UNITED STATES DISTRICT JUDGE**